UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON T. REYNOLDS,

        Plaintiff,

v.

NGHIEM THI HUONG MAI; et al.,

        Defendants.

C23-1688 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff is ORDERED to show cause by May 31, 2024, why this action should not be dismissed for failing to comply with the Minute Order requiring a Status Report signed on March 28, 2024, docket no. 6. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of May, 2024.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1